In re CHAMBERS, READE, and CENTRE STS.

(Supreme Court, Appellate Division, First Department.   October 15, 1897.)

Motion for reargument, and for leave to appeal to the court of appeals.   Denied.

For former decision, see 46 N. Y. Supp. 1096.

Reargued before VAN BRUNT, P. J., and BARRETT, RUMSEY, WILLIAMS, and PATTERSON, JJ.

PER CURIAM.   The papers on this appeal were carefully examined, and the matter thoroughly considered, when the appeal was decided at the August term.   The court labored under no misapprehension as to the facts, and there is no reason why the matter should be reconsidered, or should go further.

The motion is denied, with $10 costs.